**Order filed April 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00940-CR
_____

### QUINCY MICHAEL MCCRAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 10-10470**

## ORDER

On March 31, 2014, appellant's counsel filed a motion to withdraw appellant's notice of appeal and dismiss the appeal. *See* Tex. R. App. P. 42.2(a). Rule 42.2(a) requires that a motion to dismiss the appeal in a criminal case contain the signature of the appellant. *Id.* The motion filed in this case does not contain appellant's signature. Accordingly, we issue the following order:

Appellant's counsel Bruce N. Smith is ordered to file an amended or

supplemental motion to dismiss the appeal containing appellant's signature on or before **April 14, 2014.**

PER CURIAM